In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-08-00499-CV


 _____________________



MONTGOMERY COUNTY APPRAISAL DISTRICT, Appellant



V.



FRANK POWELL, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 06-08-08069 CV







MEMORANDUM OPINION


 The appellant, Montgomery County Appraisal District, filed a motion to dismiss this
appeal. The motion is voluntarily made by the appellant prior to any decision of this Court.
See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion
and dismiss the appeal. 

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered June 11, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.